

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 31, 2022

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Michael Harris*, **22 Mag. 922**

Dear Judge McCarthy:

    The Government writes to respectfully request that the Court unseal the above-referenced Complaint, 22 Mag. 922, and related arrest warrant for Defendant Michael Harris, as I have been advised that the Defendant has been arrested.

                                            Respectfully submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney

                By:        */s/ Stephanie Simon*
                                            Stephanie Simon
                                            Assistant United States Attorney
                                            Tel:  (914) 993-1920

SO ORDERED:

*/s/ Judith C. McCarthy*    1-31-2022
HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE